IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN H. JAMES,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )     2:14cv1075-MHT
                                  )          (WO)
ALABAMA STATE BOARD OF            )
EDUCATION, et al.,                )
                                  )
    Defendants.                   )
```

OPINION

Plaintiff John H. James filed this lawsuit claiming that he was terminated due to his race and gender. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that James's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2015.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE